MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):    CUTTING EDGE TILE & STONE, INC

CASE NUMBER:    09-32151

PLEASE CHECK ONE:

☐    UNCLAIMED DIVIDENDS

X    DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Youngblood Lumber Co. 1335 Central Avenue NE Minneapolis, MN 55413 | 2 | $92.83 | $1.95 |
| Uline 2200 South Lakeside Drive Waukegan, IL 60085 | 12 | $111.51 | $2.34 |
| Fantasia, LLC 275 Market Street, Suite 102 Minneapolis, MN 55405 | 14 | $179.23 | $3.76 |
| Global Payments Check SVC Box 661158 Chicago, IL 60666 | 22 | $89.50 | $1.88 |
| Global Payments Check SVC Box 661158 Chicago, IL 60666 | 23 | $92.96 | $1.95 |
| Myles Theis 1953 French Trace Avenue Shakopee, MN 55379 | 25U | $98.91 | $2.07 |
| Culligan-Metro 125 South Lasalle, Dept. 8799 Chicago, IL 60674 | 28 | $92.29 | $1.93 |

DATE  6/29/11

TRUSTEE

U.S. BANKRUPTCY COURT
ST. PAUL, MN
11 JUN 30  AM 11: 22
RECEIVED

DISTRIBUTION:    Original to Clerk of Court
NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS