# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

<u>UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND</u>

DEBTOR(S):     <u>CUTTING EDGE TILE & STONE, INC</u>

CASE NUMBER:     <u>09-32151</u>:

PLEASE CHECK ONE:

☒ UNCLAIMED DIVIDENDS

☐     DISTRIBUTION LESS THAN $5

*RECEIVED 11 OCT -4 PM 4: 19 U.S. BANKRUPTCY COURT ST. PAUL, MN*

| CREDITOR<br>(NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| FPC Funding II, LLC<br>Aka IFC Credit Corporation<br>8700 Waukegan Road #100<br>Morton Grove, IL 60053-2104 | 36 | $24,470.41 | $393.72 |

DATE    10/4/11

_____
TRUSTEE

DISTRIBUTION:
     Original to Clerk of Court

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Minnesota | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Cutting Edge Tile and Stone, Inc | Case Number: 09-32151 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
FPC Funding II, LLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
FPC Funding II, LLC aka IFC Credit Corporation — Tom
8700 Waukegan Road
#100
Morton Grove IL 60053-2104
fax

Court Claim Number: (If known)

Filed on:

Telephone number: (847) 663-6700

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. Amount of Claim as of Date Case Filed: $24,470.41

☐ If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Personal Property Lease
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 228962

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe: Computer Software      *Our equipment has not
Value of Property: $5,691.28  Annual Interest Rate____%    been returned to us.

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $5,691.28    Amount Unsecured: $18,779.13

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 6/5/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ David Stone, David Stone, Vice President Collections

Send original to:
U.S. Bankruptcy Court
200 Warren E Burger Federal
Bldg &
U.S. Courthouse
316 North Robert St.
St. Paul, MN 55101

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

014811

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

October 4, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re: CUTTING EDGE TILE & STONE, INC
Bankruptcy Case No.: 09-32151
Date of Filing: 04/01/09

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend for Deposit to Registry Funds report, along with check no. 10165 in the amount of $393.72 regarding the above-referenced case. The trustee mailed the check to the creditor on June 23, 2011, but the creditor did not negotiate the check. The trustee's office has made several calls to the creditor and left voice messages, but has not received a return call.

If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosure